IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN HAYNES                                                                                              PLAINTIFF

VS.                                                                          CIVIL ACTION NO. 3:06CV254WA

CITY OF DURANT, MISSISSIPPI; HOWARD
ROBERTS; JIM FERGUSON; ISAIAH WINTERS;
DORA PARKERSON and JOHNNY PRITCHARD                              DEFENDANTS

### ORDER

This matter came before the court on the Plaintiff's Motion to Lift Stay of Proceedings. The stay was entered so that the Plaintiff could pursue his charge before the Equal Employment Opportunity Commission, and he has now completed that process and received his right to sue letter. Therefore, the court is of the opinion that the stay should be lifted, and the deadlines earlier set in the Case Management Plan Order should be adjusted. As the Defendants have not responded to the Motion, and the Plaintiff made no suggestion as to a new schedule, the court will endeavor to keep this case on the original trial calendar, but give the parties additional time to designate experts, complete discovery, and file motions.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion to Lift Stay of Proceedings is hereby **granted**. This case is restored to the active docket, and the Case Management Plan Order originally entered in this matter is hereby amended, as follows:

1. The Plaintiff shall designate experts on or before March 2, 2007.

2. The Defendants shall designate experts on or before April 2, 2007.

3. Discovery shall be completed by April 30, 2007.

4. The deadline for filing motions, other than motions *in limine*, is May 14, 2007.

IT IS SO ORDERED, this the 8th day of February, 2007.

                                                                         S/Linda R. Anderson
                                            UNITED STATES MAGISTRATE JUDGE